986

p. 956.] Motion of the parties to dispense with printing the joint appendix granted.

No. 02–5543 (02A173). SHAMBURGER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 00–10375. JOHNSON v. DUNCAN, WARDEN, ET AL., 534 U. S. 854;

No. 01–7992. SHAW v. PERRY, GOVERNOR OF TEXAS, ET AL., 535 U. S. 973;

No. 01–8619. BOWEN v. NORTH CAROLINA, 535 U. S. 1023;

No. 01–9079. WALKER v. UNITED STATES, 535 U. S. 1011;

No. 01–9091. DIXON v. CITY OF MINNEAPOLIS WATER DEPARTMENT, 535 U. S. 1065;

No. 01–9092. DIXON v. HARDIMON, 535 U. S. 1083;

No. 01–9103. POUND v. WILLIAMS, INSURANCE COMMISSIONER OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE CO. IN LIQUIDATION, ET AL., 535 U. S. 1083;

No. 01–9430. LEE, AKA CAMPBELL v. BERGE, WARDEN, 535 U. S. 1117;

No. 01–9521. LEWIS v. RADER, WARDEN, ante, p. 908;

No. 01–9544. MILLER v. HALL, WARDEN, ante, p. 909;

No. 01–9703. TAYLOR v. KOTECKI, ante, p. 929;

No. 01–9717. EPPS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 535 U. S. 1073;

No. 01–9822. WEATHERSPOON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ante, p. 945;

No. 01–9836. TYLER v. ASHCROFT, ATTORNEY GENERAL, ET AL., ante, p. 945;

No. 01–9897. WRIGHT v. KNOX COUNTY BOARD OF EDUCATION, ante, p. 965;

No. 01–9900. KOCH v. POTTER, POSTMASTER GENERAL, ante, p. 911;

No. 01–10016. BAD WOUND v. UNITED STATES, ante, p. 911;

No. 01–10102.  CASTRO *v.* CHANDLER, WARDEN, *ante,* p. 914;
No. 01–10331.  IN RE WARREN, *ante,* p. 938; and
No. 01–10358.  IN RE CALLEN, *ante,* p. 938.  Petitions for rehearing denied.

No. 01–529.  HOOVER ET AL. *v.* UNITED STATES, *ante,* p. 958. Motions of Adrian Bradd and Darrell Branch for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 01–1769.  WAYNE *v.* UNITED STATES, *ante,* p. 961.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 01–9592.  BOETTNER *v.* KIRKWOOD ET AL., *ante,* p. 925. Motion for leave to file petition for rehearing denied.

SEPTEMBER 11, 2002

No. 01–1839.  CANAL INSURANCE CO. *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 12, 2002

No. 02–5047.  MAYS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–5203 (02A195).  PATRICK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 13, 2002

No. 01–896.  FORD MOTOR CO. ET AL. *v.* MCCAULEY ET AL. C. A. 9th Cir.  [Certiorari granted, 534 U. S. 1126.]  The parties